**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FASTENERS FOR RETAIL, INC. d/b/a SIFFRON, <br><br> *Plaintiff*, <br><br> *v.* <br><br> BRUEGMANN USA, INC., <br><br> *Defendant*. | Case No. 4:25-cv-05635 <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Fasteners for Retail, Inc. d/b/a siffron ("Plaintiff" or "siffron") alleges as follows:

## THE PARTIES

1.      Plaintiff Fasteners for Retail, Inc. is a corporation organized under the laws of the State of Ohio with a principal place of business at 8181 Darrow Road, Twinsburg, OH 44087.

2.      Plaintiff is doing business as siffron.

3.      On information and belief, Defendant Bruegmann USA, Inc. ("Bruegmann" or "Defendant") is a corporation organized under the laws of the State of Texas having a principal place of business at 589 Garden Oaks Blvd., Houston, Texas 77018.

## JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* This Court has original subject matter jurisdiction over the entire action pursuant to U.S.C. §§ 1331 and 1338(a).

5.      On information and belief, Bruegmann resides within this District, and regularly conducts business within the State of Texas and within this District.

1

6.     On information and belief, Bruegmann sells and/or offers for sale retail displays, fixtures, and loss prevention solutions throughout the State of Texas and in this District, including its SlideGuard product, its Hanging ProPusher product, and various modular shelving display systems.

7.     Bruegmann sells and/or offers for sale retail displays, fixtures, and loss prevention solutions in retail stores nationwide and on its website, thereby distributing those products nationwide, including in Texas and in this District.

8.     The Court has personal jurisdiction over Bruegmann.

9.     On information and belief, Bruegmann has a regular and established place of business in this District and has sold and/or offered for sale its accused SlideGuard and Hanging ProPusher products, and its accused modular shelving systems, in this District.

10.     Venue is proper in this Court.

## SIFFRON'S PRODUCTS AND PATENTED TECHNOLOGIES

11.     siffron is a market-leading, global provider of a broad range of innovative merchandising products, including merchandising systems and loss prevention products, designed to overcome these problems.

12.     siffron invests significant resources to research and develop new product solutions for its retail customers and is a leading innovator in the field. Some of siffron's products, such as the ModoShelf™ (depicted below), are directed to improving shelving systems for perishable food items, such as produce and meat. Unlike typical metal shelving units, the ModoShelf™ has a modular, lightweight design that provides increased flexibility, ease of construction, and ease of cleaning.




13.    Other siffron products, such as siffron's NEXT™ Trays (depicted below), are directed to product dispensing. The NEXT™ Trays are versatile and easily configurable. They allow retailers to increase merchandising space and improve product visibility because each item remains faced and visible to the customer for easy product selection while facilitating easy and complete product stocking.



14.    Other siffron products, such as siffron's Invisi-Shield® (depicted below), are directed to loss prevention. The Invisi-Shield® system features various multiple single-facing product shields that install on display shelves. Individual panels slide left and right to expose single facings of shelved or pegged product, allowing customers to shop them while effectively preventing "shelf sweeping" theft.



15.    siffron's ModoShelf™, NEXT™ Tray and Invisi-Shield® products have been commercially successful.

16.    On July 15, 2025, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 12,357,114 (the "'114 Patent"), entitled Retail Merchandise Shelving System and Deck Panels for Same.

17.    siffron owns all right, title, and interest in and to the '114 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '114 Patent is attached hereto as Exhibit A.

18.    The '114 Patent relates to retail shelving in the retail merchandise environment.

19.    The '114 Patent is valid and enforceable.

20.    On July 29, 2024, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 12,369,730 (the "'730 Patent"), entitled Retail Shelving System.

21.    siffron owns all right, title, and interest in and to the '730 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '730 Patent is attached hereto as Exhibit B.

22. The '730 Patent relates to retail displays, and more particularly to retail shelving systems.

23. The '730 Patent is valid and enforceable.

24. On August 19, 2025, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 12,390,024 (the "'024 Patent"), entitled Retail Shelving System.

25. siffron owns all right, title, and interest in and to the '024 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '024 Patent is attached hereto as Exhibit C.

26. The '024 Patent relates to retail displays, and more particularly to retail shelving systems.

27. The '024 Patent is valid and enforceable.

28. On August 26, 2025, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 12,396,575 (the "'575 Patent"), entitled Retail Shelving System.

29. siffron owns all right, title, and interest in and to the '575 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '575 Patent is attached hereto as Exhibit D.

30. The '575 Patent relates to retail displays, and more particularly to retail shelving systems.

31. The '575 Patent is valid and enforceable.

32.     On March 23, 2021, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 10,952,547 (the "'547 Patent"), entitled Retail Merchandise Tray.

33.     siffron owns all right, title, and interest in and to the '547 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '547 Patent is attached hereto as Exhibit E.

34.     The '547 Patent relates to a retail merchandise tray for use in a self-service retail environment.

35.     The '547 Patent is valid and enforceable.

36.     siffron's NEXT™ Tray products practice at least one claim of the '547 Patent.

37.     siffron marks its NEXT™ Tray products with the '547 Patent in accordance with the patent marking statute, 35 U.S.C. § 287.

38.     siffron's NEXT™ Tray products have been commercially successful.

39.     On June 7, 2022, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 11,350,769 (the "'769 Patent"), entitled Retail Merchandise Tray.

40.     siffron owns all right, title, and interest in and to the '769 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '769 Patent is attached hereto as Exhibit F.

41.     The '769 Patent relates to a retail merchandise tray for use in a self-service retail environment.

42.     The '769 Patent is valid and enforceable.

43.     siffron's Next Tray™ products practice at least one claim of the '769 Patent.

6

44.    siffron marks its NEXT™ Tray products with the '769 Patent in accordance with the patent marking statute, 35 U.S.C. § 287.

45.    siffron's NEXT™ Tray products have been commercially successful.

46.    On April 10, 2012, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued U.S. Patent No. 8,152,006 (the "'006 Patent"), entitled Merchandise Security System.

47.    siffron owns all right, title, and interest in and to the '006 Patent, including the right to bring suit, recover damages, and/or obtain injunctive relief for past, present, and future patent infringement. A true and correct copy of the '006 Patent is attached hereto as Exhibit G.

48.    The '006 Patent relates to a merchandise security system for use in a self-service retail environment.

49.    The '006 Patent is valid and enforceable.

50.    siffron's Invisi-Shield® products practice at least one claim of the '006 Patent.

51.    siffron marks its Invisi-Shield® products with the '006 Patent in accordance with the patent marking statute, 35 U.S.C. § 287.

52.    siffron's Invisi-Shield® products have been commercially successful.

## COUNT I – INFRINGEMENT OF THE '114 PATENT

53.    siffron realleges and incorporates by reference each of the preceding paragraphs 1–52 as though fully set forth herein.

54.    Bruegmann sells and offers for sale certain modular retail merchandise shelving ("Bruegmann Modular Shelf") systems.

55.    The Bruegmann Modular Shelf competes directly with siffron's ModoShelf™.

56.     The images of Exhibit H are accurate depictions of parts of a Bruegmann Modular Shelf.[1]

57.     As shown in Exhibit H, the Bruegmann Modular Shelf includes a shelf.

58.     The shelf of the Bruegmann Modular Shelf includes a frame having a front support bar (element [b1]) that extends parallel to a horizontal axis (element [c]) of the shelf.

59.     The shelf of the Bruegmann Modular Shelf includes a frame having a rear support bar (element [b2]) that extends parallel to the front support bar.

60.     The shelf of the Bruegmann Modular Shelf includes frame having a rear support bar (element [b2]) that is parallel to a horizontal axis (element [c]) of the shelf.

61.     The Bruegmann Modular Shelf includes at least one deck panel (element [d]) supported by the front (element [b1]) and rear (element [b2]) support bars, and the deck panel has an upper support surface (element [e]) configured to support merchandise.

62.     The deck panel of the Bruegmann Modular Shelf has a front end (element [f]) and rear end (element [g]).

63.     The deck panel of the Bruegmann Modular Shelf has a first axis (element [h]) that extends between the front end (element [f]) and rear end (element [g]).

64.     The deck panel of the Bruegmann Modular Shelf has a first axis (element [h]) that is perpendicular to the horizontal axis (element [c]).

65.     The Bruegmann Modular Shelf has a first deck panel supported by the front and rear support bars.

66.     The Bruegmann Modular Shelf has a first deck panel that has an upper support

---

[1] Reference letters [a] – [q] of this Count I refer to the reference letters in Exhibit H to this Complaint.

surface configured to support merchandise.

67.    The Bruegmann Modular Shelf has a first deck panel that has a front end and rear end, and a first axis that extends between the front and rear ends, wherein the first axis is generally perpendicular to the horizontal axis of the shelf that is generally parallel to the front and rear support bars.

68.    The Bruegmann Modular Shelf has a first deck panel that is formed from plastic.

69.    The Bruegmann Modular Shelf has a deck panel that has numerous apertures (elements [i], [j], [k], [l], [m], [n], and [o]) in the upper support surface (element [e]).

70.    The plurality of apertures (elements [i]) of the upper support surface (element [e]) defines a row that extends parallel to a horizontal axis (element [c]) of the shelf.

71.    Each of the plurality of apertures (elements [i]) of the upper support surface (element [e]) is elongated in a direction that is parallel to the horizontal axis (element [c]) of the shelf.

72.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of first apertures formed in the upper support surface of the first deck panel. The plurality of first apertures defines a first row that extends generally parallel to the horizontal axis of the shelf. Each of the plurality of first apertures is elongated generally parallel to the horizontal axis of the shelf.

73.    The plurality of apertures (elements [j]) of the upper support surface (element [e]) defines a row that extends parallel to a horizontal axis (element [c]) of the shelf.

74.    The row of apertures (elements [j]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [i]).

75.    Each of the plurality of apertures (elements [j]) of the upper support surface (element [e]) is elongated in a direction that extends parallel to the first axis (element [h]) of the

shelf.

76.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of second apertures formed in the upper support surface of the first deck panel. The plurality of second apertures defines a second row that extends generally parallel to the horizontal axis of the shelf. The second row of apertures is offset from the first row of apertures towards the rear end of the shelf. Each of the plurality of second apertures is elongated generally parallel to the first axis.

77.    The plurality of apertures (elements [k]) of the upper support surface (element [e]) defines a row of two apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

78.    The row of apertures (elements [k]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [j]).

79.    Each of the plurality of apertures (elements [k]) of the upper support surface (element [e]) is elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

80.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of third apertures formed in the upper support surface of the first deck panel. The plurality of third apertures defines a third row that extends generally parallel to the horizontal axis of the shelf. The third row of apertures is offset from the second row of apertures towards the rear end of the shelf. Each of the plurality of third apertures is elongated generally parallel to the horizontal axis.

81.    The plurality of apertures (elements [l]) of the upper support surface (element [e]) defines a row of two apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

82.    The row of apertures (elements [l]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [k]).

83.    Each of the plurality of apertures (elements [l]) of the upper support surface

(element [e]) is elongated in a direction that extends parallel to the first axis (element [h]) of the shelf.

84.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of fourth apertures formed in the upper support surface of the first deck panel. The plurality of fourth apertures defines a fourth row that extends generally parallel to the horizontal axis of the shelf. The fourth row of apertures is offset from the third row of apertures towards the rear end of the shelf. Each of the plurality of fourth apertures is elongated generally parallel to the first axis.

85.    The plurality of apertures (elements [m]) of the upper support surface (element [e]) defines a row of two apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

86.    The row of apertures (elements [m]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [l]).

87.    Each of the plurality of apertures (elements [m]) of the upper support surface (element [e]) is elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

88.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of fifth apertures formed in the upper support surface of the first deck panel. The plurality of fifth apertures defines a fifth row that extends generally parallel to the horizontal axis of the shelf. The fifth row of apertures is offset from the fourth row of apertures towards the rear end of the shelf. Each of the plurality of fifth apertures is elongated generally parallel to the horizontal axis.

89.    The deck includes a first edge (element [p]) and the second edge (element [q]).

90.    The first edge (element [p]) and the second edge (element [q]) of the deck are parallel to the first axis (element [h]).

91.    The row of apertures (elements [k]) of the upper support surface (element [e])

includes a first aperture (element [k1]) and a last aperture (element [k2]).

92.    The Bruegmann Modular Shelf has a third row of apertures that includes a first third aperture and a last third aperture.

93.    The row of apertures (elements [k]) of the upper support surface (element [e]) includes a first aperture (element [k1]) positioned closer to the first edge (element [p]) of the deck panel than the rest of the plurality of apertures (element [k2]) in the row of apertures (elements [k]).

94.    The Bruegmann Modular Shelf has a first third aperture of the third row that is positioned closer to a first edge of the deck panel than the rest of the plurality of third apertures, and the first third aperture is spaced a first distance from the first edge.

95.    The row of apertures (elements [k]) of the upper support surface (element [e]) includes a last aperture (element [k2]) positioned closer to the second edge (element [q]) of the deck panel than the rest of the plurality of apertures (element [k1]) in the row of apertures (elements [k]).

96.    The Bruegmann Modular Shelf has a last third aperture of the third row that is positioned closer to a second edge of the deck panel than the rest of the plurality of third apertures, and the last third aperture is spaced a second distance from the second edge.

97.    The row of apertures (elements [l]) of the upper support surface (element [e]) includes a first aperture (element [l1]) and a last aperture (element [l2]).

98.    The Bruegmann Modular Shelf has a fourth row of apertures that includes a first fourth aperture and a last fourth aperture.

99.    The row of apertures (elements [l]) of the upper support surface (element [e]) includes a first aperture (element [l1]) positioned closer to the first edge (element [p]) of the deck

panel than the rest of the plurality of apertures (element [l2]) in the row of apertures (elements [l]).

100.    The Bruegmann Modular Shelf has a first fourth aperture of the fourth row that is positioned closer to the first edge of the deck panel than the rest of the plurality of fourth apertures, and the first fourth aperture is spaced a third distance from the first edge.

101.    The row of apertures (elements [l]) of the upper support surface (element [e]) includes a last aperture (element [l2]) positioned closer to the second edge (element [q]) of the deck panel than the rest of the plurality of apertures (element [l1]) in the row of apertures (elements [l]).

102.    The Bruegmann Modular Shelf has a last fourth aperture of the plurality of fourth apertures that is positioned closer to the second edge of the deck panel than the rest of the plurality of fourth apertures, and the last fourth aperture is spaced a fourth distance from the second edge.

103.    The distance between the first edge (element [p]) of the deck panel and aperture (element [k1]) is greater than the distance between the first edge (element [p]) of the deck panel and aperture (element [l1]).

104.    The distance between the second edge (element [q]) of the deck panel and aperture (element [k2]) is greater than the distance between the second edge (element [q]) of the deck panel and aperture (element [l2]).

105.    The Bruegmann Modular Shelf has a distance between the first third aperture and the first edge that is greater than the distance between the first fourth aperture and the first edge, and also has a distance between the last third aperture and the second edge that is greater than the distance between the last fourth aperture and the second edge.

106.    The distance between aperture (element [k1]) and aperture (element [k2]) is less than the distance between aperture (element [l1]) and aperture (element [l2]).

13

107.    The Bruegmann Modular Shelf has a distance between the first third aperture and the last third aperture that is less than the distance between the first fourth aperture and the last fourth aperture.

108.    The row of apertures (elements [m]) of the upper support surface (element [e]) includes a first aperture (element [m1]) and a last aperture (element [m2]).

109.    The Bruegmann Modular Shelf has a fifth row of apertures that includes a first fifth aperture and a last fifth aperture.

110.    The row of apertures (elements [m]) of the upper support surface (element [e]) includes a first aperture (element [m1]) positioned closer to the first edge (element [p]) of the deck panel than the rest of the plurality of apertures (element [m2]) in the row of apertures (elements [m]).

111.    The distance between the first edge (element [p]) of the deck panel and aperture (element [k1]) is the same as the distance between the first edge (element [p]) of the deck panel and aperture (element [m1]).

112.    The Bruegmann Modular Shelf has a first fifth aperture of the fifth row that is positioned closer to the first edge of the deck panel than the rest of the plurality of fifth apertures, and the first fifth aperture is spaced the first distance (*i.e.*, the distance between the first third aperture and the first edge) from the first edge.

113.    The distance between the second edge (element [q]) of the deck panel and aperture (element [k2]) is the same as the distance between the second edge (element [q]) of the deck panel and aperture (element [m2]).

114.    The Bruegmann Modular Shelf has a last fifth aperture of the fifth row that is positioned closer to the second edge of the deck panel than the rest of the plurality of fifth

apertures, and the last fifth aperture is spaced the second distance (*i.e.*, the distance between the last third aperture and the second edge) from the second edge.

115.    Each of the apertures (elements [k1] and [k2]) is substantially rectangular and includes first, second, third and fourth sides.

116.    The Bruegmann Modular Shelf has a plurality of third apertures and each third aperture is substantially rectangular including first, second, third and fourth sides.

117.    The first and second sides of each aperture (elements [k1] and [k2]) are spaced apart, parallel to one another, and parallel to the horizontal axis (element [c]).

118.    The Bruegmann Modular Shelf has a plurality of third apertures and the first and second sides of each third aperture are spaced apart, generally parallel to one another, and generally parallel to the horizontal axis.

119.    The third and fourth sides of each aperture (elements [k1] and [k2]) are spaced apart, parallel to one another, parallel to the first axis (element [h]), and perpendicular to the first and second sides of the aperture (elements [k1] and [k2]).

120.    The Bruegmann Modular Shelf has a plurality of third apertures and the third and fourth sides of each third aperture are spaced apart, generally parallel to one another, generally parallel to the first axis, and generally perpendicular to the first and second sides of the corresponding third aperture.

121.    Each of the apertures (elements [m1] and [m2]) is substantially rectangular and includes first, second, third and fourth sides.

122.    The Bruegmann Modular Shelf has a plurality of fifth apertures and each fifth aperture is substantially rectangular, including first, second, third and fourth sides.

123.    The first and second sides of each aperture (elements [m1] and [m2]) are spaced

apart, parallel to one another, and parallel to the horizontal axis (element [c]).

124.    The Bruegmann Modular Shelf has a plurality of fifth apertures and the first and second sides of each fifth aperture are spaced apart, generally parallel to one another, and generally parallel to the horizontal axis.

125.    The third and fourth sides of each aperture (elements [m1] and [m2]) are spaced apart, parallel to one another, parallel to the first axis (element [h]), and perpendicular to the first and second sides of the aperture (elements [m1] and [m2]).

126.    The Bruegmann Modular Shelf has a plurality of fifth apertures and the third and fourth sides of each fifth aperture being spaced apart, generally parallel to one another, generally parallel to the first axis, and generally perpendicular to the first and second sides of the corresponding fifth aperture.

127.    The Bruegmann Modular Shelf meets each and every limitation of at least claim 1 of the '114 Patent.

128.    On information and belief, Bruegmann manufactures the Bruegmann Modular Shelf in the U.S. and/or imports its Bruegmann Modular Shelf into the U.S.

129.    On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Modular Shelf in the U.S.

130.    Bruegmann therefore directly infringes at least claim 1 of the '114 Patent under 35 U.S.C. § 271(a).

131.    Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

132.    Bruegmann's customers directly infringe at least claim 1 of the '114 Patent by using the Bruegmann Modular Shelf and installing it in retail stores.

133. Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing Bruegmann Modular Shelf on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing system.

134. On information and belief, Bruegmann knew that its customers would install the infringing Bruegmann Modular Shelf in retail stores.

135. siffron and Bruegmann are competitors that have been involved in patent disputes previously; therefore, on information and belief, Bruegmann actively monitors siffron's U.S. patent filings, including the '114 Patent.

136. On information and belief, given its monitoring activities of siffron's patent filings, Bruegmann has had knowledge of the '114 Patent since at least the day it was granted on July 15, 2025. On information and belief, despite its knowledge of the '114 Patent, Bruegmann has continued to sell its infringing Bruegmann Modular Shelf.

137. On information and belief, Bruegmann does not have a good faith basis for believing that its Bruegmann Modular Shelf falls outside the scope of the exclusionary rights provided under the '114 Patent.

138. On information and belief, Bruegmann acted with specific intent to cause its customers to use its Bruegmann Modular Shelf in violation of the '114 Patent.

139. Bruegmann therefore indirectly infringes the '114 Patent under 35 U.S.C. § 271(b).

140. On information and belief, Bruegmann's infringement of the '114 Patent has been willful.

141. Bruegmann's infringement of the '114 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## COUNT II – INFRINGEMENT OF THE '730 PATENT

142.    siffron realleges and incorporates by reference each of the above paragraphs 1–141 as though fully set forth herein.

143.    Bruegmann sells and offers for sale certain modular retail merchandise shelving ("Bruegmann Modular Shelf") systems.

144.    The Bruegmann Modular Shelf competes directly with siffron's ModoShelf™.

145.    The images of Exhibit I are accurate depictions of parts of a Bruegmann Modular Shelf.[2]

146.    As shown in Exhibit I, the shelf of the Bruegmann Modular Shelf includes a frame having a front support bar (element [b1]) that extends parallel to a horizontal axis of the shelf (element [c]).

147.    The shelf of the Bruegmann Modular Shelf includes a frame having a rear support bar (element [b2]) that extends parallel to the front support bar (element [b1]).

148.    The shelf of the Bruegmann Modular Shelf includes a frame having a rear support bar (element [b2]) that is parallel to a horizontal axis (element [c]) of the shelf.

149.    The Bruegmann Modular Shelf includes at least one deck panel (element [d]) supported by the front (element [b1]) and rear (element [b2]) support bars, and the deck panel has an upper support surface (element [e]) configured to support merchandise.

150.    The deck panel of the Bruegmann Modular Shelf has a front end (element [f]) and rear end (element [g]).

151.    The deck panel of the Bruegmann Modular Shelf has a first axis (element [h]) that

---

[2] Reference letters [a] – [q] of this Count II refer to the reference letters in Exhibit I to this Complaint.

extends between the front end (element [f]) and rear end (element [g]).

152.   The Bruegmann Modular Shelf has a first deck panel supported by the front and rear support bars.

153.   The Bruegmann Modular Shelf has a first deck panel that has an upper support surface configured to support merchandise.

154.   The Bruegmann Modular Shelf has a first deck panel that has a front end and rear end, and a first axis that extends between the front and rear ends.

155.   The Bruegmann Modular Shelf has a first deck panel that is formed from plastic.

156.   The Bruegmann Modular Shelf has a deck panel that has numerous apertures (elements [i], [j], [k], [l], [m], [n], and [o]) in the upper support surface (element [e]).

157.   The plurality of apertures (elements [i]) of the upper support surface (element [e]) defines a row that extends parallel to a horizontal axis (element [c]) of the shelf.

158.   Each of the plurality of apertures (elements [i]) of the upper support surface (element [e]) is elongated in a direction that is parallel to the horizontal axis (element [c]) of the shelf

159.   The Bruegmann Modular Shelf has a first deck panel that has a plurality of first apertures formed in the upper support surface of the first deck panel. The plurality of first apertures defines a first row that extends parallel to the horizontal axis of the shelf. Each of the plurality of first apertures is elongated parallel to the horizontal axis of the shelf.

160.   The plurality of apertures (elements [j]) of the upper support surface (element [e]) defines a row that extends parallel to a horizontal axis (element [c]) of the shelf.

161.   The row of apertures (elements [j]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [i]).

162.   Each of the plurality of apertures (elements [j]) of the upper support surface (element [e]) is not elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

163.   The Bruegmann Modular Shelf has a first deck panel that has a plurality of second apertures formed in the upper support surface of the first deck panel. The plurality of second apertures defines a second row that extends parallel to the horizontal axis of the shelf. The second row of apertures is offset from the first row of apertures towards the rear end of the shelf. Each of the plurality of second apertures is not elongated parallel to the horizontal axis.

164.   The plurality of apertures (elements [k]) of the upper support surface (element [e]) defines a row of two apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

165.   The row of apertures (elements [k]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [j]).

166.   Each of the plurality of apertures (elements [k]) of the upper support surface (element [e]) is elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

167.   The Bruegmann Modular Shelf has a first deck panel that has a plurality of third apertures formed in the upper support surface of the first deck panel. The plurality of third apertures defines a third row that extends generally parallel to the horizontal axis of the shelf. The third row of apertures is offset from the second row of apertures toward the rear end of the shelf. Each of the plurality of third apertures is elongated parallel to the horizontal axis.

168.   The deck includes a first edge (element [p]) and the second edge (element [q]).

169.   The row of apertures (elements [k]) of the upper support surface (element [e]) includes a first aperture (element [k1]) and a last aperture (element [k2]).

170.    The Bruegmann Modular Shelf has a third row of apertures that includes a first third aperture and a last third aperture.

171.    The row of apertures (elements [k]) of the upper support surface (element [e]) includes a first aperture (element [k1]) positioned closer to the first edge (element [p]) of the deck panel than the rest of the plurality of apertures (element [k2]) in the row of apertures (elements [k]).

172.    The Bruegmann Modular Shelf has a first third aperture of the third row that is positioned closest to the first edge of the deck panel as compared to any other third aperture of the third row, and the first third aperture is spaced a first distance from the first edge.

173.    The row of apertures (elements [k]) of the upper support surface (element [e]) includes a last aperture (element [k2]) positioned closer to the second edge (element [q]) of the deck panel than the rest of the plurality of apertures (element [k1]) in the row of apertures (elements [k]).

174.    The Bruegmann Modular Shelf has a last third aperture of the third row that is positioned closest to the second edge of the deck panel as compared to any other third aperture of the third row, and the last third aperture is spaced a second distance from the first edge.

175.    The plurality of apertures (elements [m]) of the upper support surface (element [e]) defines a row of two apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

176.    The row of apertures (elements [m]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [k]).

177.    Each of the plurality of apertures (elements [m]) of the upper support surface (element [e]) is elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

178.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of fourth apertures formed in the upper support surface of the first deck panel. The plurality of fourth apertures defines a fourth row that extends parallel to the horizontal axis of the shelf. The fourth row of apertures is offset from the third row of apertures towards the rear end of the shelf. Each of the plurality of fourth apertures is elongated parallel to the horizontal axis.

179.    The plurality of apertures (elements [n]) of the upper support surface (element [e]) defines a row of apertures that extends parallel to a horizontal axis (element [c]) of the shelf.

180.    The row of apertures (elements [n]) of the upper support surface (element [e]) is offset towards the rear end (element [g]) from the row of apertures (elements [m]).

181.    Each of the plurality of apertures (elements [n]) of the upper support surface (element [e]) is not elongated in a direction that extends parallel to the horizontal axis (element [c]) of the shelf.

182.    The Bruegmann Modular Shelf has a first deck panel that has a plurality of fifth apertures formed in the upper support surface of the first deck panel. The plurality of fifth apertures defines a fifth row that extends parallel to the horizontal axis of the shelf. The fifth row of apertures is offset from the fourth row of apertures towards the rear end of the shelf. Each of the plurality of fifth apertures is not elongated parallel to the horizontal axis.

183.    The plurality of apertures (elements [o]) of the upper support surface (element [e]) defines a row of apertures that extends parallel to a horizontal axis (element [c]) of the shelf, and each of the apertures (elements [o]) is oblong.

184.    The row of apertures (elements [o]) of the upper support surface (element [e]) includes a first aperture (element [o1]) and a last aperture (element [o2]).

185.    The Bruegmann Modular Shelf has a sixth row of apertures that includes a first

sixth aperture and a last sixth aperture.

186.    The row of apertures (elements [o]) of the upper support surface (element [e]) includes a first aperture (element [o1]) positioned closer to the first edge (element [p]) of the deck panel than the rest of the plurality of apertures in the row of apertures (elements [o]).

187.    The Bruegmann Modular Shelf has a first sixth aperture of the sixth row that is positioned closer to the first edge of the deck panel than the rest of the plurality of sixth apertures, and the first sixth aperture is spaced a third distance from the first edge.

188.    The distance between the first edge (element [p]) of the deck panel and aperture (element [k1]) is greater than the distance between the first edge (element [p]) of the deck panel and aperture (element [o1]).

189.    The Bruegmann Modular Shelf has a first third aperture and a first sixth aperture, and the space between the first edge and the first third aperture is greater than the distance between the first edge and the first sixth aperture.

190.    The row of apertures (elements [o]) of the upper support surface (element [e]) includes a last aperture (element [o2]) positioned closer to the second edge (element [q]) of the deck panel than the rest of the plurality of apertures in the row of apertures (elements [o]).

191.    The Bruegmann Modular Shelf has a last sixth aperture of the plurality of sixth apertures that is positioned closer to the second edge of the deck panel than the rest of the plurality of sixth apertures, and the last sixth aperture is spaced a fourth distance from the second edge.

192.    The distance between the second edge (element [q]) of the deck panel and aperture (element [k2]) is greater than the distance between the second edge (element [q]) of the deck panel and aperture (element [o2]).

193.    The Bruegmann Modular Shelf has a last third aperture and a last sixth aperture,

and the space between the second edge and the last third aperture is greater than the distance between the second edge and the last sixth aperture.

194.    The Bruegmann Modular Shelf has a distance between the first third aperture and the first edge that is greater than the distance between the first sixth aperture and the first edge, and also has a distance between the last third aperture and the second edge that is greater than the distance between the last sixth aperture and the second edge.

195.    The Bruegmann Modular Shelf meets each and every limitation of at least claim 1 of the '730 Patent.

196.    On information and belief, Bruegmann manufactures the Bruegmann Modular Shelf in the U.S. and/or imports its Bruegmann Modular Shelf into the U.S.

197.    On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Modular Shelf in the U.S.

198.    Bruegmann therefore directly infringes at least claim 1 of the '730 Patent under 35 U.S.C. § 271(a).

199.    Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

200.    Bruegmann's customers directly infringe at least claim 1 of the '730 Patent by using the Bruegmann Modular Shelf and installing it in retail stores.

201.    Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing Bruegmann Modular Shelf on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing system.

202.    On information and belief, Bruegmann knew that its customers would install the

infringing Bruegmann Modular Shelf in retail stores.

203.    siffron and Bruegmann are competitors that have been involved in patent disputes previously; therefore, on information and belief, Bruegmann actively monitors siffron's U.S. patent filings, including the '730 Patent.

204.    On information and belief, given its monitoring activities of siffron's patent filings, Bruegmann has had knowledge of the '730 Patent since at least the day it was granted on July 29, 2025. On information and belief, despite its knowledge of the '730 Patent, Bruegmann has continued to sell its infringing Bruegmann Modular Shelf.

205.    On information and belief, Bruegmann does not have a good faith basis for believing that its Bruegmann Modular Shelf falls outside the scope of the exclusionary rights provided under the '730 Patent.

206.    On information and belief, Bruegmann acted with specific intent to cause its customers to use its Bruegmann Modular Shelf in violation of the '730 Patent.

207.    Bruegmann therefore indirectly infringes the '730 Patent under 35 U.S.C. § 271(b).

208.    On information and belief, Bruegmann's infringement of the '730 Patent has been willful.

209.    Bruegmann's infringement of the '730 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## COUNT III – INFRINGEMENT OF THE '024 PATENT

210.    siffron realleges and incorporates by reference each of the above paragraphs 1–209 as though fully set forth herein.

211.    Bruegmann sells and offers for sale certain modular retail merchandise shelving ("Bruegmann Modular Shelf") systems.

212.    The Bruegmann Modular Shelf competes directly with siffron's ModoShelf™.

25

213.    The images of Exhibit J are accurate depictions of parts of a Bruegmann Modular Shelf.[3]

214.    As shown in Exhibit J, the Bruegmann Modular Shelf includes a shelf.

215.    The Bruegmann Modular Shelf includes a frame having a first support arm (element [a1]) and a second support arm (not shown).

216.    The Bruegmann Modular Shelf includes a front support bar (element [b1]) that extends parallel to a horizontal axis (element [c]) and between the first support arm (element [a1]) and the second support arm (not shown).

217.    The Bruegmann Modular Shelf includes a rear support bar (element [b2]) that extends parallel to the horizontal axis (element [c]) and between the first support arm (element [a1]) and the second support arm (not shown). The rear support bar (element [b2]) is positioned rearward of the front support bar (element [b1]).

218.    The Bruegmann Modular Shelf includes a plurality of deck panels (elements [d]) that are plastic, and including a first deck panel (element [d1]) and a second deck panel (element [d2]). The second deck panel (element [d2]) is positioned horizontally adjacent the first deck panel (element [d1]).

219.    The Bruegmann Modular Shelf includes a plurality of deck panels (elements [d]) supported by the front support bar (element [b1]) and the rear support bar (element [b2]).

220.    The Bruegmann Modular Shelf includes a first deck panel (element [d1]) that has a first width (elements [w1]) that is measured parallel to the horizontal axis (elements [c]).

221.    The Bruegmann Modular Shelf includes a first deck panel (element [d1]) that has a

---

[3] Reference letters [a] – [l] and [w] of this Count III refer to the reference letters in Exhibit J to this Complaint.

first upper support surface (element [e1]) for supporting merchandise. The first upper support surface (element [e1]) defines a first edge (element [f1]).

222.    The Bruegmann Modular Shelf includes a second deck panel second deck panel (element [d2]) has a second upper support surface (element [e2]) for supporting merchandise. The second upper support surface (element [e2]) defines a second edge (element [g2]).

223.    The Bruegmann Modular Shelf includes a first deck panel (element [d1]) and a second deck panel (element [d2]) arranged such that the second edge (element [g2]) of the second deck panel (element [d2]) is adjacent the first edge (element [f1]) of the first deck panel (element [d1]) at an interface between the first deck panel (element [d1]) and the second deck panel (element [d2]).

224.    The Bruegmann Modular Shelf a includes a plurality of deck panels including a first deck panel and a second deck panel, the second deck panel being positioned horizontally adjacent the first deck panel, the plurality of deck panels being supported by the front and rear support bars, the first deck panel having a first width measured parallel to the horizontal axis, each deck panel being plastic, the first deck panel having a first upper support surface for supporting merchandise, the first upper support surface defining a first edge, the second deck panel has a second upper support surface for supporting merchandise, the second upper support surface defining a second edge, the first and second edges are adjacent to one another at an interface between the first and second deck panels.

225.    The Bruegmann Modular Shelf includes a front fence (element [h]) that extends parallel to the horizontal axis, engages at least two deck panels, and has a width (element [w2]) measured parallel to the horizontal axis. The width (element [w2]) of the front fence (element [h]) is greater than the width (element [w1]) of the first deck panel (element [d1]).

226.    The Bruegmann Modular Shelf includes a front fence extending parallel to the horizontal axis, the front fence having a second width measured parallel to the horizontal axis, the second width being greater than the first width such that the front fence engages at least two of the plurality of deck panels.

227.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes a top wire portion (element [i1]) that extends horizontally.

228.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes a bottom wire portion (element [i2]). The bottom wire portion (element [i2]) extends horizontally and is spaced from the top wire portion (element [i1]).

229.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes an intermediate wire portion (element [j]) that is positioned between the top wire portion (element [i1]) and the bottom wire portion (element [i2]).

230.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes an intermediate wire portion (element [j]) that zig-zags between the top wire portion (element [i1]) and the bottom wire portion (element [i2]).

231.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes an intermediate wire portion (element [j]) that is connected to the top wire portion (element [i1]) in a plurality of locations and also is connected to the bottom wire portion (element [i2]) in a plurality of locations.

232.    The Bruegmann Modular Shelf includes a front fence having an intermediate wire portion that is positioned between the top and bottom wire portions, the intermediate wire portion zig-zags between the top and bottom wire portions, the intermediate wire portion being connected to the top wire portion in a plurality of locations and being connected to the bottom wire portion

in a plurality of locations.

233.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes an intermediate wire portion (element [j]) that is connected to the top wire portion (element [i1]) in a plurality of locations and also is connected to the bottom wire portion (element [i2]) in a plurality of locations.

234.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes a plurality of vertically directed wire portions (elements [k]) that extend downward below the bottom wire portion (element [i2]) and away from the top wire portion (element [i1]).

235.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes a first vertically directed wire portion (not shown) adjacent the first deck panel (element [d1]) and a second vertically directed wire portion (element [k2]) adjacent the second deck panel (element [d2]).

236.    The Bruegmann Modular Shelf includes a front fence (element [h]) that includes an intermediate section (element [l]) of the bottom wire portion (element [i2]) that extends horizontally between the first vertically directed wire portion (not shown) and the second vertically directed wire portion (element [k2]). The intermediate section (element [l]) extends across the second edge (element [g2]) of the second deck panel (element [d2]), the first edge (element [f1]) of the first deck panel (element [d1]), and the interface between the first deck panel (element [d1]) and the second deck panel (element [d2]).

237.    The Bruegmann Modular Shelf includes a plurality of vertically directed wire portions that extend downward below the bottom wire portion and away from the top wire portion, a first vertically directed wire portion of the plurality of vertically directed wire portions being adjacent the first deck panel and a second vertically directed wire portion of the plurality of

vertically directed wire portions being adjacent the second deck panel, an intermediate section of the bottom wire portion extends horizontally between the first and second vertically directed wire portions, the intermediate section extends across the first and second edges and the interface between the first and second deck panels.

238. The Bruegmann Modular Shelf includes a frame, a first deck panel (element [d1]), a second deck panel (element [d2]), and a front fence (element [h]). When the frame, the first deck panel (element [d1]), the second deck panel (element [d2]), and a front fence (element [h]) are assembled with the front fence (element [h]) engaging with the first deck panel (element [d1]) and the second deck panel (element [d2]), the first deck panel (element [d1]) and the second deck panel (element [d2]) are horizontally interlocked with one another.

239. The Bruegmann Modular Shelf includes a frame, a first deck panel, a second deck panel, and a front fence. When the first deck panel, second deck panel, front fence and frame are assembled, with the front fence engaged with the first and second deck panels, the first and second deck panels are horizontally interlocked with one another.

240. The Bruegmann Modular Shelf meets each and every limitation of at least claim 1 of the '024 Patent.

241. On information and belief, Bruegmann manufactures the Bruegmann Modular Shelf in the U.S. and/or imports its Bruegmann Modular Shelf into the U.S.

242. On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Modular Shelf in the U.S.

243. Bruegmann therefore directly infringes at least claim 1 of the '024 Patent under 35 U.S.C. § 271(a).

244. Bruegmann's acts of infringement have been without express or implied license by

siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

245.    Bruegmann's customers directly infringe at least claim 1 of the '024 Patent by using the Bruegmann Modular Shelf and installing it in retail stores.

246.    Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing Bruegmann Modular Shelf on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing system.

247.    On information and belief, Bruegmann knew that its customers would install the infringing Bruegmann Modular Shelf in retail stores.

248.    siffron and Bruegmann are competitors that have been involved in patent disputes previously; therefore, on information and belief, Bruegmann actively monitors siffron's U.S. patent filings, including the '024 Patent.

249.    On information and belief, given its monitoring activities of siffron's patent filings, Bruegmann has had knowledge of the '024 Patent since at least the day it was granted on August 19, 2025. On information and belief, despite its knowledge of the '024 Patent, Bruegmann has continued to sell its infringing Bruegmann Modular Shelf.

250.    On information and belief, Bruegmann does not have a good faith basis for believing that its Bruegmann Modular Shelf falls outside the scope of the exclusionary rights provided under the '024 Patent.

251.    On information and belief, Bruegmann acted with specific intent to cause its customers to use its Bruegmann Modular Shelf in violation of the '024 Patent.

252.    Bruegmann therefore indirectly infringes the '024 Patent under 35 U.S.C. § 271(b).

253.    On information and belief, Bruegmann's infringement of the '024 Patent has been

willful.

254.    Bruegmann's infringement of the '024 Patent has and, if not enjoined, will continue to irreparably harm siffron.

## COUNT IV – INFRINGEMENT OF THE '575 PATENT

255.    siffron realleges and incorporates by reference each of the above paragraphs 1–254 as though fully set forth herein.

256.    Bruegmann sells and offers for sale certain modular retail merchandise shelving ("Bruegmann Modular Shelf") systems.

257.    The Bruegmann Modular Shelf competes directly with siffron's ModoShelf™.

258.    The images of Exhibit K are accurate depictions of parts of a Bruegmann Modular Shelf.[4]

259.    As shown in Exhibit K, the Bruegmann Modular Shelf includes a modular shelf.

260.    The Bruegmann Modular Shelf includes a first support arm (element [a1]).

261.    The Bruegmann Modular Shelf includes a first support arm (element [a1]) that is arranged in opposed spaced relation with a second support arm (not shown).

262.    The Bruegmann Modular Shelf includes a first support arm and a second support arm arranged in opposed spaced relation to one another.

263.    The Bruegmann Modular Shelf includes a first support bar (element [b1]) that extends between the first support arm (element [a1]) and second support arm (not shown).

264.    The Bruegmann Modular Shelf includes a first support bar (element [b1]) that extends between the first support arm (element [a1]) and second support arm (not shown) and has

---

[4] Reference letters [a] – [p] of this Count IV refer to the reference letters in Exhibit K to this Complaint.

a top (element [c1]) and bottom (element [d1]).

265.    The Bruegmann Modular Shelf includes a second support bar (element [b2]) that extends between the first support arm (element [a1]) and second support arm (not shown).

266.    The Bruegmann Modular Shelf includes a second support bar (element [b2]) that extends between the first support arm (element [a1]) and second support arm (not shown) and has a top (element [c2]) and bottom (element [d2]).

267.    The Bruegmann Modular Shelf includes a first support bar (element [b1]) and a second support bar (element [b2]) that are spaced from one another along a first axis (element [h]).

268.    The Bruegmann Modular Shelf includes a frame having a rear support bar (element [c]) that extends parallel to the front support bar.

269.    The Bruegmann Modular Shelf includes a first support bar and a second support bar extending between the first and second support arms. The first support bar and the second support bar are spaced from one another along a first axis, and each of the first support bar and the second support bar have a top and a bottom.

270.    The Bruegmann Modular Shelf includes at least one deck panel (element [e]) that is formed from plastic and is supported by the first support bar (element [b1]).

271.    The Bruegmann Modular Shelf includes at least one deck panel (element [e]) that has a front end (element [f]) and a rear end (element [g]), where the rear end (element [g]) is spaced from the front end along a first axis (element [h]).

272.    The Bruegmann Modular Shelf includes at least one deck panel supported by the first support bar, the at least one deck panel being formed from plastic, the at least one deck panel having a front end and a rear end, the rear end spaced from the front end along the first axis.

273.    The Bruegmann Modular Shelf includes at least one deck panel (element [e]) that

includes an upper surface (element [i]) for supporting merchandise and a bottom surface (element [j]) that is opposite the upper surface (element [i]).

274.    The Bruegmann Modular Shelf includes at least one deck panel (element [e]) that includes a first wall portion (element [k1]) and a second wall portion (element [k2]) that are spaced apart from one another to define a horizontally extending first channel (element [l1]) that is configured to receive the first support bar (element [b1]).

275.    The Bruegmann Modular Shelf includes a first finger tab (element [m1]) and a second finger tab (element [m2]) spaced apart from one another. The first finger tab (element [m1]) and the second finger tab (element [m2]) are configured to engage the bottom (element [d1]) of the first support bar (element [b1]) to affix the at least one deck panel (element [e]) to the first support bar (element [b1]).

276.    The Bruegmann Modular Shelf includes a first finger tab (element [m1]) having a catch portion (element [n1]) and a leg portion (element [o1]).

277.    The Bruegmann Modular Shelf includes a first finger tab (element [m1]) having a catch portion (element [n1]) and a leg portion (element [o1]), where the catch portion (element [n1]) is configured to engage the bottom (element [d1]) of the first support bar (element [b1]), and the catch portion (element [n1]) extends rearward from the leg portion (element [o1]) towards the second support bar (element [b2]).

278.    The Bruegmann Modular Shelf includes a second finger tab (element [m2]) having a catch portion (element [n2]) and a leg portion (element [o2]).

279.    The Bruegmann Modular Shelf includes a second finger tab (element [m2]) having a catch portion (element [n2]) and a leg portion (element [o2]), where the catch portion (element [n2]) is configured to engage the bottom (element [d1]) of the first support bar (element [b1]), and

the catch portion (element [n2]) extends rearward from the leg portion (element [o2]) towards the second support bar (element [b2]).

280.    The Bruegmann Modular Shelf includes first and second spaced apart wall portions defining a horizontally extending first channel configured to receive the first support bar, first and second finger tabs adjacent the first channel, the first and second finger tabs configured to engage the bottom of the first support bar to affix the at least one deck panel to the first support bar, the first and second finger tabs being horizontally spaced apart from one another, a catch portion of the first finger tab extending rearward from a leg portion of the first finger tab towards the second support bar, the catch portion configured to engage the bottom of the first support bar, the catch portion of the second finger tab extending rearward from the leg portion of the second finger tab towards the second support bar, the catch portion configured to engage the bottom of the first support bar.

281.    The Bruegmann Modular Shelf includes at least one deck panel (element [e]) that includes a third wall portion (element [k3]) and a fourth wall portion (element [k4]) that are spaced apart from one another to define a horizontally extending second channel (element [l2]) that is configured to receive the second support bar (element [b2]).

282.    The Bruegmann Modular Shelf includes a third finger tab (element [m3]) and a fourth finger tab (element [m4]) spaced apart from one another. The third finger tab (element [m3]) and the fourth finger tab (element [m4]) are configured to engage the bottom (element [d2]) of the second support bar (element [b2]) to affix the at least one deck panel (element [e]) to the second support bar (element [b2]).

283.    The Bruegmann Modular Shelf includes a third finger tab (element [m3]) having a catch portion (element [n3]) and a leg portion (element [o3]).

284.    The Bruegmann Modular Shelf includes a third finger tab (element [m3]) having a catch portion (element [n3]) and a leg portion (element [o3]), where the catch portion (element [n3]) is configured to engage the bottom (element [d2]) of the second support bar (element [b2]), and the catch portion (element [n3]) extends forward from the leg portion (element [o3]) towards the first support bar (element [b1]).

285.    The Bruegmann Modular Shelf includes a fourth finger tab (element [m4]) having a catch portion (element [n4]) and a leg portion (element [o4]).

286.    The Bruegmann Modular Shelf includes a fourth finger tab (element [m4]) having a catch portion (element [n4]) and a leg portion (element [o4]), where the catch portion (element [n4]) is configured to engage the bottom (element [d2]) of the first support bar (element [b2]), and the catch portion (element [n4]) extends forward from the leg portion (element [o4]) towards the first support bar (element [b1]).

287.    The Bruegmann Modular Shelf includes third and fourth spaced apart wall portions defining a horizontally extending second channel configured to receive the second support bar, third and fourth finger tabs adjacent the second channel, the third and fourth finger tabs configured to engage the bottom of the second support bar to affix the at least one deck panel to the second support bar, the third and fourth finger tabs being horizontally spaced apart from one another, the catch portion of the third finger tab extending forward from the leg portion of the third finger tab towards the first support bar, the catch portion configured to engage the bottom of the second support bar, the catch portion of the fourth finger tab extending forward from the leg portion of the fourth finger tab towards the first support bar, the catch portion configured to engage the bottom of the second support bar.

288.    The Bruegmann Modular Shelf includes a first aperture (element [p1]) that aligns

with the catch portion (element [n1]) of the first finger tab (element [m1]). The first aperture (element [p1]) extends through the upper surface (element [i]) and bottom surface (element [j]) of the deck panel (element [e]).

289.    The Bruegmann Modular Shelf includes a second aperture (element [p2]) that aligns with the catch portion (element [n2]) of the second finger tab (element [m2]). The second aperture (element [p2]) extends through the upper surface (element [i]) and bottom surface (element [j]) of the deck panel (element [e]).

290.    The Bruegmann Modular Shelf includes a third aperture (element [p3]) that aligns with the catch portion (element [n3]) of the third finger tab (element [m3]). The third aperture (element [p3]) extends through the upper surface (element [i]) and bottom surface (element [j]) of the deck panel (element [e]).

291.    The Bruegmann Modular Shelf includes a fourth aperture (element [p4]) that aligns with the catch portion (element [n4]) of the fourth finger tab (element [m4]). The fourth aperture (element [p4]) extends through the upper surface (element [i]) and bottom surface (element [j]) of the deck panel (element [e]).

292.    The Bruegmann Modular Shelf includes a deck panel (element [e]) that is a single continuous piece of plastic material.

293.    The Bruegmann Modular Shelf includes first (element [m1]) second (element [m2]), third (element [m3]), and fourth (element [m2]) finger tabs that are resiliently flexed when the deck panel (element [e]) is attached to the first support bar (element [b1]) and the second support bar (element [b2]).

294.    The Bruegmann Modular Shelf meets each and every limitation of at least claim 1 of the '575 Patent.

295.    On information and belief, Bruegmann manufactures the Bruegmann Modular Shelf in the U.S. and/or imports its Bruegmann Modular Shelf into the U.S.

296.    On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Modular Shelf in the U.S.

297.    Bruegmann therefore directly infringes at least claim 1 of the '575 Patent under 35 U.S.C. § 271(a).

298.    Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

299.    Bruegmann's customers directly infringe at least claim 1 of the '575 Patent by using the Bruegmann Modular Shelf and installing it in retail stores.

300.    Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing Bruegmann Modular Shelf on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing system.

301.    On information and belief, Bruegmann knew that its customers would install the infringing Bruegmann Modular Shelf in retail stores.

302.    siffron and Bruegmann are competitors that have been involved in patent disputes previously; therefore, on information and belief, Bruegmann actively monitors siffron's U.S. patent filings, including the '575 Patent.

303.    On information and belief, given its monitoring activities of siffron's patent filings, Bruegmann has had knowledge of the '575 Patent since at least the day it was granted on August 26, 2025. On information and belief, despite its knowledge of the '575 Patent, Bruegmann has continued to sell its infringing Bruegmann Modular Shelf.

304.    On information and belief, Bruegmann does not have a good faith basis for believing that its Bruegmann Modular Shelf falls outside the scope of the exclusionary rights provided under the '575 Patent.

305.    On information and belief, Bruegmann acted with specific intent to cause its customers to use its Bruegmann Modular Shelf in violation of the '575 Patent.

306.    Bruegmann therefore indirectly infringes the '575 Patent under 35 U.S.C. § 271(b).

307.    On information and belief, Bruegmann's infringement of the '575 Patent has been willful.

308.    Bruegmann's infringement of the '575 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## COUNT V – INFRINGEMENT OF THE '547 PATENT

309.    siffron realleges and incorporates by reference each of the above paragraphs 1–308 as though fully set forth herein.

310.    Bruegmann sells and offers for sale product dispensing retail merchandise tray systems in the U.S., including its Hanging ProPusher™ product.

311.    The Bruegmann Hanging ProPusher™ competes directly with siffron's NEXT™ Tray.

312.    The images of Exhibit L are accurate depictions of parts of a Bruegmann Hanging ProPusher™.[5]

313.    As shown in Exhibit L, the Bruegmann Hanging ProPusher™ includes a retail merchandise tray for storing products.

---

[5] Reference letters [a] – [r] of this Count V refer to the reference letters in Exhibit L to this Complaint.

314.    The Bruegmann Hanging ProPusher™ includes a frame (element [a]) that is configured to mount the merchandise tray to a support structure. The frame includes a top (element [b]), a bottom (element [c]), a first side (element [d]), a second side (element [e]), and a merchandise support surface (element [f]) for supporting merchandise.

315.    The Bruegmann Hanging ProPusher™ includes a pusher (element [g]) that is mounted to the frame (element [a]) and is movable along the frame (element [a]) along a first axis (element [h]).

316.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) mounted to the frame.

317.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) that is movable relative to the frame (element [a]) along a second axis (element [j]) perpendicular to the first axis (element [h]).

318.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (i2) mounted to the frame.

319.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i2) that is movable relative to the frame (element [a]) along a second axis (element [j]) perpendicular to the first axis (element [h]).

320.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) that is movable relative to the frame (element [a]) and includes a first divider wall (element [k1]) positioned on the first side (element [d]) of the frame (element [a]). The first divider wall (element [k1]) includes a generally planar upright portion (element [l1]) and a flange portion (element [m1]) that extends generally perpendicular to the upright portion (element [l1]) of the first divider wall (element [k1]).

321.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (i2) that is movable relative to the frame (element [a]) and includes a second divider wall (element [k2]) positioned on the second side (element [e]) of the frame (element [a]) opposite the first side (element [d]) such that the frame the frame (element [a]) is positioned between the first divider wall (element [k1]) and the second divider wall (element [k2]). The second divider wall (element [k2]) includes a generally planar upright portion (element [l2]) and a flange portion (element [m2]) that extends generally perpendicular to the upright portion (element [l2]) of the second divider wall (element [k2]).

322.    The Bruegmann Hanging ProPusher™ includes a first divider assembly mounted to the frame, the first divider assembly movable relative to the frame along a second axis perpendicular to the first axis, the first divider assembly including: a first divider wall positioned on the first side of the frame, where the first divider wall includes a generally planar upright portion and a flange portion that extends generally perpendicular to the upright portion of the first divider wall.

323.    The Bruegmann Hanging ProPusher™ includes a second divider assembly mounted to the frame, the second divider assembly movable relative to the frame along the second axis, the second divider assembly including: a second divider wall positioned on the second side of the frame opposite the first side such that the frame is positioned between the first and second divider walls, where the second divider wall includes a generally planar upright portion and a flange portion that extends generally perpendicular to the upright portion of the second divider wall.

324.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) that is movable relative to the frame (element [a]) and includes a first wire support (element

[n1]) and a second wire support (element [n2]) connecting the first divider wall (element [k1]) to the frame (element [a]). The first wire support (element [n1]) and second wire support (element [n2]) are slidable relative to the frame (element [a]) to adjust the position of the first divider wall (element [k1]) relative to the frame (element [a]) along the second axis (element [j]) between a first position and a second position. In the first position, the first divider wall (element [k1]) is closer to the frame (element [a]) than in the second position. The first wire support (element [n1]) and second wire support (element [n2]) are spaced apart along the first axis (element [h]).

325.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (element [i2]) that is movable relative to the frame (element [a]) and includes a third wire support (element [n3]) and a fourth wire support (element [n4]) connecting the second divider wall (element [k2]) to the frame (element [a]). The third wire support (element [n3]) and fourth wire support (element [n4]) are slidable relative to the frame (element [a]) to adjust the position of the second divider wall (element [k2]) relative to the frame (element [a]) along the second axis (element [j]) between a third position and a fourth position. In the third position, the second divider wall (element [k2]) is closer to the frame (element [a]) than in the fourth position. The third wire support (element [n3]) and second wire support (element [n4]) are spaced apart along the first axis (element [h]).

326.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein when the first divider assembly (element [i1]) is in the first position and the second divider assembly (element [i2]) is in the third position, the first wire support (element [n1]) extends past the second side (element [e]) of the frame (element [a]) and the third wire support (element [n3])  extends past the first side (element [d]) of the frame (element [a]) and the flange portion

(element [m1]) of the first divider wall (element [k1]) extends inward beyond the first side (element [d]) of the frame (element [a]) and the flange portion (element [m2]) of the second divider wall (element [k2]) extends inward beyond the second side (element [e]) of the frame (element [a]).

327.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein when the first divider assembly (element [i1]) is in the second position and the second divider assembly (element [i2]) is in the fourth position, the flange portion (element [m1]) of the first divider wall (element [k1]) is positioned outward of the first side (element [d]) of the frame (element [a]) and the flange portion (element [m2]) of the second divider wall (element [k2]) is positioned outward of the second side (element [e]) of the frame (element [a]).

328.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein the first side (element [d]) of the frame (element [a]) extends along the first axis (element [h]) between a first end (element [o]) and a second end (element [p]). The first wire support (element [n1]), the second wire support (element [n2]), the third wire support (element [n3]), and the fourth wire support (element [n4]) are positioned between the first end (element [o]) and second end (element [p]) of the first side (element [d]). A length of the first side (element [d]) is greater than a distance between the first wire support (element [n1]) and the second wire support (element [n2]).

329.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein the second side (element [e]) of the frame (element [a]) extends along the first axis

(element [j]) between a third end (element [q]) and a fourth end (element [r]). The first wire support (element [n1]), the second wire support (element [n2]), the third wire support (element [n3]), and the fourth wire support (element [n4]) are positioned between the third end (element [q]) and fourth end (element [r]) of the second side (element [e]). A length of the second side (element [e]) is greater than a distance between the third wire support (element [n3]) and the fourth wire support (element [n4]).

330.    The Bruegmann Hanging ProPusher™ meets each and every limitation of at least claim 1 of the '547 Patent.

331.    On information and belief, Bruegmann manufactures the Bruegmann Hanging ProPusher™ in the U.S. and/or imports its Bruegmann Hanging ProPusher™ into the U.S.

332.    On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Hanging ProPusher™ in the U.S.

333.    Bruegmann therefore directly infringes at least claim 1 of the '547 Patent under 35 U.S.C. § 271(a).

334.    Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

335.    Bruegmann's customers directly infringe at least claim 1 of the '547 Patent by using Bruegmann's infringing Hanging ProPusher products and installing them in retail stores.

336.    Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing products on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing products.

337.    On information and belief, Bruegmann knew that its customers would install the

infringing Hanging ProPusher products on retail shelves.

338.     In 2021, siffron sent a cease and desist letter to Bruegmann identifying and explaining that the Hanging ProPusher products infringe the '547 Patent. Despite siffron's cease and desist letter, Bruegmann has continued to sell its infringing Hanging ProPusher products.

339.     On information and belief, Bruegmann does not have a good faith basis for believing that its Hanging ProPusher products fall outside the scope of the exclusionary rights provided under the '547 Patent.

340.     On information and belief, Bruegmann acted with specific intent to cause its customers to use the SlideGuard™ products in violation of the '547 Patent.

341.     Bruegmann therefore indirectly infringes the '547 Patent under 35 U.S.C. § 271(b).

342.     On information and belief, Bruegmann's infringement of the '547 Patent has been willful.

343.     Bruegmann's infringement of the '547 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## COUNT VI – INFRINGEMENT OF THE '769 PATENT

344.     siffron realleges and incorporates by reference each of the above paragraphs 1–343 as though fully set forth herein.

345.     Bruegmann sells and offers for sale product dispensing retail merchandise tray systems in the U.S., including its Hanging ProPusher™ product.

346.     The Bruegmann Hanging ProPusher™ competes directly with siffron's NEXT™ Tray.

347.     The images of Exhibit M are accurate depictions of parts of a Bruegmann Hanging

ProPusher™.[6]

348.    As shown in Exhibit M, the Bruegmann Hanging ProPusher™ includes a retail merchandise tray for storing products.

349.    The Bruegmann Hanging ProPusher™ includes a frame (element [a]) that includes a first side (element [d]), a second side (element [e]), and a merchandise support surface (element [f]) for supporting merchandise.

350.    The Bruegmann Hanging ProPusher™ includes a pusher (element [g]) that is mounted to the frame (element [a]) and is configured to move along the frame (element [a]) along a first axis (element [h]).

351.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) mounted to the frame.

352.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) that is configured to move relative to the frame (element [a]).

353.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (i2) mounted to the frame.

354.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i2) that is configured to move relative to the frame (element [a]).

355.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (i1) that is configured to move relative to the frame (element [a]) and includes a first divider wall (element [k1]) that is adjacent to the first side (element [d]) of the frame (element [a]). The first divider wall

---

[6] Reference letters [a] – [r] of this Count VI refer to the reference letters in Exhibit M to this Complaint.

(element [k1]) has an upright portion (element [l1]) and a flange portion (element [m1]) that extends inward from the upright portion (element [l1]) of the first divider wall (element [k1]).

356.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (i2) that includes a second divider wall (element [k2]) that is adjacent to the second side (element [e]) of the frame (element [a]) opposite the first side (element [d]) of the frame (element [a]) such that the frame (element [a]) is positioned between the first divider wall (element [k1]) and the second divider wall (element [k2]). The second divider wall includes an upright portion (element [l2]) and a flange portion (element [m2]) that extends inward from the upright portion (element [l2]) of the second divider wall (element [k2]).

357.    The Bruegmann Hanging ProPusher™ includes a first divider assembly mounted to the frame, the first divider assembly is configured to move relative to the frame, the first divider assembly including: a first divider wall, wherein the first divider wall is adjacent to the first side of the frame, the first divider wall comprises an upright portion and a flange portion that extends inward from the upright portion of the first divider wall.

358.    The Bruegmann Hanging ProPusher™ includes a second divider assembly mounted to the frame, the second divider assembly including: a second divider wall, wherein the second divider wall is adjacent to the second side of the frame opposite the first side of the frame such that the frame is positioned between the first and second divider walls, the second divider wall comprises an upright portion and a flange portion that extends inward from the upright portion of the second divider wall.

359.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) that is configured to move relative to the frame (element [a]) and includes first (element [n1]) and second (element [n2]) wire supports that connect the first divider wall (element [k1]) to the

frame (element [a]). The first wire support (element [n1]) and second wire support (element [n2]) are configured to slide relative to the frame (element [a]) to adjust to adjust the first divider wall (element [k1]) relative to the frame (element [a]) between a plurality of positions including at least a first position and a second position. In the first position, the first divider wall (element [k1]) is closer to the frame (element [a]) than in the second position.

360.    The Bruegmann Hanging ProPusher™ includes a second divider assembly (element [i2]) that includes third (element [n3]) and fourth (element [n4]) wire supports that connect the first divider wall (element [k2]) to the frame (element [a]). The third wire support (element [n3]) and fourth wire support (element [n4]) are configured to slide relative to the frame (element [a]) to adjust to adjust the second divider wall (element [k2]) relative to the frame (element [a]) between a plurality of positions including at least a third position and a fourth position. In the third position, the second divider wall (element [k2]) is closer to the frame (element [a]) than in the fourth position.

361.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein when the first divider wall (element [k1]) is in the first position and the second divider wall (element [k2]) is in the third position, the first wire support (element [n1]) extends past the second side (element [e]) of the frame (element [a]) and the third wire support (element [n3])  extends past the first side (element [d]) of the frame (element [a]) and the flange portion (element [m1]) of the first divider wall (element [k1]) extends inward beyond the first side (element [d]) of the frame (element [a]) and the flange portion (element [m2]) of the second divider wall (element [k2]) extends inward beyond the second side (element [e]) of the frame (element [a]).

362.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein when the first divider wall (element [k1]) is in the second position and the second divider wall (element [k2]) is in the fourth position, the flange portion (element [m1]) of the first divider wall (element [k1]) is positioned outward of the first side (element [d]) of the frame (element [a]) and the flange portion (element [m2]) of the second divider wall (element [k2]) is positioned outward of the second side (element [e]) of the frame (element [a]).

363.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i1]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein the first side (element [d]) of the frame (element [a]) includes a first length that extends parallel to the first axis (element [j]) between a first end (element [o]) and a second end (element [p]). The first wire support (element [n1]) and the second wire support (element [n2]) are positioned between the first end (element [o]) and second end (element [p]) of the first side (element [d]) of the frame (element [a]). The length of the first side (element [d]) of the frame (element [a]) is greater than a distance between the first wire support (element [n1]) and the second wire support (element [n2]).

364.    The Bruegmann Hanging ProPusher™ includes a first divider assembly (element [i2]) and a second divider assembly (element [i2]) and wire supports (elements [n1], [n2], [n4] and [n4]) wherein the second side (element [e]) of the frame (element [a]) includes a second length that extends parallel to the first axis (element [j]) between a third end (element [q]) and a fourth end (element [r]). The third wire support (element [n3]) and the fourth wire support (element [n4]) are positioned between the third end (element [q]) and fourth end (element [r]) of the second side (element [e]) of the frame (element [a]). The length of the second side (element [e]) of the frame

(element [a]) is greater than a distance between the third wire support (element [n3]) and the fourth wire support (element [n4]).

365.    The Bruegmann Hanging ProPusher™ meets each and every limitation of at least claim 1 of the '769 Patent.

366.    On information and belief, Bruegmann manufactures the Bruegmann Hanging ProPusher™ in the U.S. and/or imports its Bruegmann Hanging ProPusher™ into the U.S.

367.    On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann Hanging ProPusher™ in the U.S.

368.    Bruegmann therefore directly infringes at least claim 1 of the '769 Patent under 35 U.S.C. § 271(a).

369.    Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

370.    Bruegmann's customers directly infringe at least claim 1 of the '769 Patent by using Bruegmann's infringing Hanging ProPusher products and installing them in retail stores.

371.    Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing products on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing products.

372.    On information and belief, Bruegmann knew that its customers would install the infringing Hanging ProPusher products on retail shelves.

373.    In 2021, siffron sent a cease and desist letter to Bruegmann identifying and explaining that the Hanging ProPusher products infringe the '769 Patent. Despite siffron's cease and desist letter, Bruegmann has continued to sell its infringing Hanging ProPusher products.

374.    On information and belief, Bruegmann does not have a good faith basis for believing that its Hanging ProPusher products fall outside the scope of the exclusionary rights provided under the '769 Patent.

375.    On information and belief, Bruegmann acted with specific intent to cause its customers to use the SlideGuard™ products in violation of the '769 Patent.

376.    Bruegmann therefore indirectly infringes the '769 Patent under 35 U.S.C. § 271(b).

377.    On information and belief, Bruegmann's infringement of the '769 Patent has been willful.

378.    Bruegmann's infringement of the '769 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## COUNT VII – INFRINGEMENT OF THE '006 PATENT

379.    siffron realleges and incorporates by reference each of the above paragraphs 1–378 as though fully set forth herein.

380.    The Bruegmann SlideGuard™ competes directly with siffron's Invisi-Shield®.

381.    The images of Exhibit N and Exhibit O are accurate depictions of parts of Bruegmann SlideGuard™ product systems.[7]

382.    As shown in Exhibit N, the Bruegmann SlideGuard™ includes a retail merchandising security system.

383.    The Bruegmann SlideGuard™ includes a rail (element [a]) that has a first longitudinally extending channel (element [b]).

384.    The Bruegmann SlideGuard™ includes a rail (element [a]) that is adapted to be

---

[7] Reference letters [a] – [h] of this Count VII refer to the reference letters in Exhibit N to this Complaint, and reference letters [i] – [o] of this Count VII refer to the reference letters in Exhibit O to this Complaint.

secured to a merchandising structure (element [c]).

385.    The Bruegmann SlideGuard™ includes a rail adapted to be secured to a first associated merchandising structure, said rail comprising a first longitudinally extending channel.

386.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) that is mounted to the rail (element [a]) and extends away from the rail (element [a]) toward a second merchandising structure (element [e]) that is spaced from the first merchandising structure (element [c]).

387.    The Bruegmann SlideGuard™ includes at least one tile mounted to said rail, said at least one tile extending away from said rail so as to approach a second associated merchandising structure spaced from the first associated merchandising structure.

388.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) having a body (element [f]).

389.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) having a horizontally extending channel (element [g]) that engages with the longitudinally extending channel (element [b]) of the rail (element [a]) if upward force is applied to the tile (element [d]).

390.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) having a horizontally extending channel (element [g]) and a portion (element [h]) that is accommodated in the longitudinally extending channel (element [b]) of the rail (element [a]).

391.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) having a horizontally extending channel (element [g]) and a protrusion (element [h]) that extends downward from the body (element [f]) and is accommodated in the longitudinally extending channel (element [b]) of the rail (element [a]).

392.    The Bruegmann SlideGuard™ includes at least one tile (element [d]) having a

horizontally extending channel (element [g]) and a portion (element [h]) that is accommodated in the longitudinally extending channel (element [b]) of the rail (element [a]) to enable a sliding movement of the tile (element [d]) in relation to the rail (element [a]), thereby allowing selective access to a portion of the first merchandising structure (element [c]).

393. The Bruegmann SlideGuard™ includes at least one tile having a protrusion extending from the body which is accommodated in said rail first channel to enable a sliding movement of said tile in relation to said rail thereby allowing selective access to any desired portion of at least one of the first and second associated merchandising structures.

394. As shown in Exhibit O, the Bruegmann SlideGuard™ includes a retail merchandising security system.

395. The Bruegmann SlideGuard™ includes a rail (element [i]) that has a first longitudinally extending channel (element [j]).

396. The Bruegmann SlideGuard™ includes a rail (element [i]) that is adapted to be secured to a merchandising structure (element [k]).

397. The Bruegmann SlideGuard™ includes a rail adapted to be secured to a first associated merchandising structure, said rail comprising a first longitudinally extending channel.

398. The Bruegmann SlideGuard™ includes at least one tile (element [l]) that is mounted to the rail (element [i]) and extends away from the rail (element [i]) toward a second merchandising structure (element [m]) that is spaced from the first merchandising structure (element [k]).

399. The Bruegmann SlideGuard™ includes at least one tile mounted to said rail, said at least one tile extending away from said rail so as to approach a second associated merchandising structure spaced from the first associated merchandising structure.

400.    The Bruegmann SlideGuard™ includes at least one tile (element [l]) having a body (element [n]).

401.    The Bruegmann SlideGuard™ includes at least one tile (element [l]) having a structure (element [o]) that extends downward and is accommodated in the longitudinally extending channel (element [j]) of the rail (element [i]) to enable a sliding movement of the tile (element [l]) in relation to the rail (element [i]), thereby allowing selective access to a portion of the first merchandising structure (element [k]).

402.    The Bruegmann SlideGuard™ includes at least one tile (element [l]) having a body (element [n]) and a protrusion (element [o]) that extends downward from the body (element [n]) and is accommodated in the longitudinally extending channel (element [j]) of the rail (element [i]).

403.    The Bruegmann SlideGuard™ includes at least one tile (element [l]) having a body (element [n]) and a protrusion (element [o]) that extends from the body and is accommodated in the longitudinally extending channel (element [j]) of the rail (element [i]) to enable a sliding movement of the tile (element [l]) in relation to the rail (element [i]), thereby allowing selective access to a portion of the first merchandising structure (element [k]).

404.    The Bruegmann SlideGuard™ includes at least one tile having a protrusion extending from the body which is accommodated in said rail first channel to enable a sliding movement of said tile in relation to said rail thereby allowing selective access to any desired portion of at least one of the first and second associated merchandising structures.

405.    The Bruegmann SlideGuard™ meets each and every limitation of at least claim 1 of the '006 Patent.

406.    On information and belief, Bruegmann manufactures the Bruegmann SlideGuard™ in the U.S. and/or imports its Bruegmann SlideGuard™ into the U.S.

407. On information and belief, Bruegmann has offered for sale and/or sold the Bruegmann SlideGuard™ in the U.S.

408. Bruegmann therefore directly infringes at least claim 1 of the '006 Patent under 35 U.S.C. § 271(a).

409. Bruegmann's acts of infringement have been without express or implied license by siffron, are in violation of siffron's rights, and will continue unless enjoined by this Court.

410. Bruegmann's customers directly infringe at least claim 1 of the '006 Patent by using Bruegmann's infringing tile-mounted theft prevention products, including its SlideGuard™ products, and installing them on retail shelves to deter store theft.

411. Bruegmann actively encourages the infringing activity of its customers by, upon information and belief, installing or having others install the infringing products on its customers' retail shelves and/or supplying instructions to its customers on how to install the infringing products.

412. On information and belief, Bruegmann knew that its customers would install the infringing SlideGuard™ products on retail shelves to prevent store theft.

413. In 2019, siffron sent a cease and desist letter to Bruegmann identifying and explaining that the SlideGuard™ products infringe the '006 Patent. Despite siffron's cease and desist letter, Bruegmann has continued to sell its infringing SlideGuard™ products.

414. On information and belief, Bruegmann does not have a good faith basis for believing that its tile-mounted theft prevention products, including the SlideGuard™ products, fall outside the scope of the exclusionary rights provided under the '006 Patent.

415. On information and belief, Bruegmann acted with specific intent to cause its customers to use the SlideGuard™ products in violation of the '006 Patent.

416.    On information and belief, Bruegmann therefore indirectly infringes the '006 Patent under 35 U.S.C. § 271(b).

417.    On information and belief, Bruegmann's infringement of the '006 Patent has been willful.

418.    Bruegmann's infringement of the '006 Patent has irreparably harmed siffron and will continue to irreparably harm siffron if not enjoined.

## PRAYER FOR RELIEF

**WHEREFORE**, siffron respectfully requests that this Court enter a judgment in siffron's favor and against Bruegmann, and provide siffron the following relief:

a.    A judgment that Bruegmann has infringed and continues to infringe one or more claims of the '114 Patent, the '730 Patent, the '024 Patent, and the '575 Patent, the '547 Patent, the '769 Patent, and the '006 Patent;

b.    A judgment that Bruegmann's infringement of the '114 Patent, the '730 Patent, the '024 Patent, and the '575 Patent, the '547 Patent, the '769 Patent, and the '006 Patent has been willful;

c.    An order permanently enjoining Bruegmann, its officers, agents, servants, representatives, and employees, and all persons acting in concert with them, and each of them, from infringing the '114 Patent, the '730 Patent, the '024 Patent, and the '575 Patent, the '547 Patent, the '769 Patent, and the '006 Patent;

d.    A judgment awarding damages adequate to compensate siffron for Bruegmann's infringement of the '114 Patent, the '730 Patent, the '024 Patent, and the '575 Patent, the '547 Patent, the '769 Patent, and the '006 Patent to be determined at trial;

e.    An order requiring Bruegmann to pay pre-judgment and post-judgment interest to siffron;

f.      A judgment trebling damages under 35 U.S.C. § 284 for Bruegmann's willful infringement;

g.      A judgment that Bruegmann be ordered to pay all costs associated with this action pursuant to 35 U.S.C. § 284;

h.      A judgment that this case is exceptional and that Bruegmann be ordered to pay siffron's reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

i.      An order requiring Bruegmann to provide an accounting for any infringing sales not presented at trial and awarding additional damages for any such infringing sales;

j.      An order granting siffron such other and additional relief as this Court deems just and equitable.


Dated: November 21, 2025                          Respectfully submitted,

                                                 By:  /s/ Kyle E. Friesen
                                                     Kyle E. Friesen
                                                     Attorney-in-Charge
                                                     Texas State Bar No. 24061954
                                                     S.D. Texas No. 1010300
                                                     HEIM, PAYNE & CHORUSH, L.L.P.
                                                     609 Main Street, Suite 3200
                                                     Houston, Texas 77002-2912
                                                     Telephone:  (713) 221-2000
                                                     Facsimile:   (713) 221-2021

**Of Counsel:**

William B. Berndt (*pro hac vice forthcoming*)
Erick J. Palmer (*pro hac vice forthcoming*)
Ron Sklar (*pro hac vice forthcoming*)
HONIGMAN LLP
321 N. Clark Street, Suite 500
Chicago, Illinois 60654
Phone: (312) 701-9300

Mark C. Johnson (OH 0072625)
RENNER OTTO

1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Phone: (216) 621-0200